

**SCHIFFHARDIN**

Carl W. Oberdier
212-745-0848
coberdier@schiffhardin.com

900 THIRD AVENUE
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

September 8, 2009

**MEMO ENDORSED**

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
Courtroom 23A
500 Pearl Street
New York, New York 10007-1312

*Plamar Navigation Ltd. v. Tianjin Shengjia Shipping Co. Ltd., et al*
*Index No. 09-cv-5447 (SHS)*

Dear Judge Stein

    We represent ten of the Defendants in the above-captioned maritime attachment action. These Defendants are Changshu New Changgang Trade Co. Ltd.; Hengyang Steel Tube Group Int'l Trading Inc.; Hubei Xin Yegang Co., Ltd.; Jiangyin Xingcheng Special Steel Works Co., Ltd.; Fasten Bloc Shanghai Imp. and Exp. Co. Ltd.; Fasten Group Imp. and Exp. Co. Ltd.; Suzhou Seamless Steel Tube Works; Wuxi Dingyuan Precision Cold Drawn Steel Pipe Co. Ltd.; Wuxi Tian Liang Foreign Trade Co. Ltd.; and Yieh Corporation Ltd.

    These Defendants plan to enter a restricted appearance and file a motion to vacate the Supplemental Rule B Order of Attachment, dated July 8, 2009, as against them. We write, with the consent of Plaintiff's counsel, to propose to the Court the following agreed-upon schedule for the briefing and hearing on such motion:

    Defendants' motion will be filed and served by the close of business on Thursday, September 10, 2009,

    Plaintiff's opposition papers will be filed and served by noon on Wednesday, September 16, 2009,

    Defendants' reply papers will be filed and served on Friday, September 18, 2009,

    ~~Oral argument will be held on Tuesday, September 22, 2009, or as soon thereafter as the Court shall order.~~

SO ORDERED 9/9/09

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON



Hon. Sidney H. Stein              Page 2              September 8, 2009

      The parties respectfully request that the Court approve this schedule and advise the parties of the date and time of the oral argument.

                                              Respectfully submitted,

                                              Carl W. Oberdier

cc:    Kevin J. Lennon, Esq.
        Lennon, Murphy & Lennon, LLC
        *Attorneys for Plaintiff*