UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------------- X
PLAMAR NAVIGATION LTD.,                                                                            :
                                                                                                   :
              Plaintiff,                                                                  :    09-cv-5447 (SHS)
                                                                                                   :
        -against-                                                                         :
                                                                                                   :
TIANJIN SHENGJIA SHIPPING CO., LTD. a/k/a SHENGJZA (HONG                                           :
KONG) SHIPPING AND TRADING CO., LTD.,  CHANGSHU NEW                                                :
CHANGGANG TRADE CO. LTD., HANGZHOU HEAVY STEEL PIPE CO.                                            :
LTD., HENGYANG STEEL TUBE GROUP INT'L TRADING INC., HUBEI                                          :
XIN YEGANG CO., LTD. a/k/a HUBEI XIN YEGANG STEEL CO. LTD.,                                        :
JIANGSU CHANGSHU MARINE SHIPPING AGENCY CO. LTD., JIANGSU                                          :
LIHUI IRON AND STEEL CO., LTD.,  JIANGSU PROS.A INT'L CO. LTD.,                                    :
JIANGYIN XINGCHENG SPECIAL STEEL WORKS CO., LTD., KUGLER                                           :
HAAS, LALANI STEEL INC., FASTEN BLOC SHANGHAI IMP. AND EXP.                                        :
CO., LTD., FASTEN GROUP IMP. AND EXP. CO. LTD., SUZHOU                                             :
HUASHENG IMP. AND EXP. CO., LTD., SUZHOU SEAMLESS STEEL                                            :
TUBE WORKS, VICTORY LOGISTICS INT'L CO., LTD., WUXI                                                :
DINGYUAN PRECISION COLD DRAWN STEEL PIPE CO. LTD., WUXI                                            :
TIAN LIANG FOREIGN TRADE CO. LTD., XIGANG SEAMLESS STEEL                                           :
TUBE CO. LTD., XINYU IRON AND STEEL CORP. LTD., YANGZHOU                                           :
LONGCHUAN STEEL TUBE CO., LTD., YIEH CORPORATION LTD. and                                          :
YIZHENG HAITIAN ALUMINUM INDUSTRIAL CO., LTD.,                                                     :
                                                                                                   :
             Defendants.                                                                 :
------------------------------------------------------------------------------------------------- X

## NOTICE OF RESTRICTED APPEARANCE

**PLEASE TAKE NOTICE**, that pursuant to Supplemental Admiralty Rule E(8), defendants Changshu New Changgang Trade Co. Ltd., Hengyang Steel Tube Group Int'l Trading Inc., Hubei Xin Yegang Co., Ltd., Jiangyin Xingcheng Special Steel Works Co., Ltd., Fasten Bloc Shanghai Imp. and Exp. Co. Ltd., Fasten Group Imp. and Exp. Co. Ltd., Suzhou Seamless Steel Tube Works, Xigang Seamless Steel Tube Co. Ltd., Wuxi Tian Liang Foreign Trade Co. Ltd., and Yieh Corporation Ltd. (collectively, "Defendants") hereby make a restricted appearance for the purpose of vacating the attachment only, and that the undersigned has been

2

retained as attorneys for said Defendants, and hereby demands that all papers in this action be

served at the address set forth below.

Dated: New York, New York
      September 10, 2009                      Respectfully submitted,

                                                SCHIFF HARDIN LLP

                                                By:   /s/ Carl W. Oberdier
                                                       Carl W. Oberdier
                                                       Henry L. Mann
                                          900 Third Avenue
                                          New York, NY 10022
                                          (212) 753-5000