UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------------------ X
PLAMAR NAVIGATION LTD.,                                                              :
                                                                                     :
               Plaintiff,                                                     :    09-cv-5447 (SHS)
                                                                                     :
       -against-                                                                    :
                                                                                     :
TIANJIN SHENGJIA SHIPPING CO., LTD. a/k/a SHENGJZA (HONG              :
KONG) SHIPPING AND TRADING CO., LTD.,  CHANGSHU NEW                  :
CHANGGANG TRADE CO. LTD., HANGZHOU HEAVY STEEL PIPE CO.              :
LTD., HENGYANG STEEL TUBE GROUP INT'L TRADING INC., HUBEI            :
XIN YEGANG CO., LTD. a/k/a HUBEI XIN YEGANG STEEL CO. LTD.,          :
JIANGSU CHANGSHU MARINE SHIPPING AGENCY CO. LTD., JIANGSU            :
LIHUI IRON AND STEEL CO., LTD.,  JIANGSU PROS.A INT'L CO. LTD.,      :
JIANGYIN XINGCHENG SPECIAL STEEL WORKS CO., LTD., KUGLER             :
HAAS, LALANI STEEL INC., FASTEN BLOC SHANGHAI IMP. AND EXP.          :
CO., LTD., FASTEN GROUP IMP. AND EXP. CO. LTD., SUZHOU               :
HUASHENG IMP. AND EXP. CO., LTD., SUZHOU SEAMLESS STEEL              :
TUBE WORKS, VICTORY LOGISTICS INT'L CO., LTD., WUXI                  :
DINGYUAN PRECISION COLD DRAWN STEEL PIPE CO. LTD., WUXI               :
TIAN LIANG FOREIGN TRADE CO. LTD., XIGANG SEAMLESS STEEL             :
TUBE CO. LTD., XINYU IRON AND STEEL CORP. LTD., YANGZHOU             :
LONGCHUAN STEEL TUBE CO., LTD., YIEH CORPORATION LTD. and            :
YIZHENG HAITIAN ALUMINUM INDUSTRIAL CO., LTD.,                       :
                                                                                     :
               Defendants.                                                  :
------------------------------------------------------------------------------------------------ X

## RULE 7.1 DISCLOSURE STATEMENT

SCHIFF HARDIN LLP
Carl W. Oberdier (CO-4150)
Henry L. Mann
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000

*Attorneys for Defendants Changshu New Changgang Trade Co. Ltd.,
Hengyang Steel Tube Group Int'l Trading Inc., Hubei Xin Yegang Co., Ltd.,
Jiangyin Xingcheng  Special Steel Works Co., Ltd., Fasten Bloc Shanghai Imp.
And Exp. Co., Ltd., Fasten Group Imp. and Exp. Co. Ltd., Suzhou Seamless Steel Tube Works,
Xigang Seamless Steel Tube Co. Ltd.,Wuxi Tian Liang Foreign
Trade Co. Ltd., and Yieh Corporation Ltd.*

Pursuant to Fed. R. Civ. P. 7.1, the following Defendants make the following disclosures:

| Name | Parent Corporation(s) | Publicly-traded corporation(s) that owns more than 10% of the client's stock |
|---|---|---|
| HUBEI XIN YEGANG CO., LTD. | HONG KONG YINGLIAN STEEL CO. LTD. | None |
| FASTEN BLOC SHANGHAI IMP.AND EXP.CO., LTD. | None | None |
| FASTEN GROUP IMP.AND EXP.CO., LTD. | FASTEN GROUP CO., LTD. | FASTEN GROUP CO. is publicly traded on the Shenzhen Stock Exchange. |
| SUZHOU SEAMLESS STEEL TUBE WORKS | None | None |
| HENGYANG STEEL TUBE GROUP INT'L TRADING INC. | HUNAN HENGYANG STEEL TUBE (GROUP) CO., LTD. and HENGYANG VALIN STEEL TUBE CO. LTD.<br><br>HENGYANG VALIN STEEL TUBE CO. LTD. is owned by HUNAN VALIN IRON & STEEL GROUP CO., LTD. | HUNAN VALIN IRON & STEEL GROUP CO., LTD. is publicly traded on the Shenzhen Stock Exchange. |
| WUXI TIAN LIANG FOREIGN TRADE CO. LTD. | None | None |
| JIANGYIN XINGCHENG SPECIAL STEEL WORKS CO., LTD. | JIANGSU CP XINGCHENG SPECIAL STEEL CO.,LTD and CHANGYUE INVESMENT LIMITED (Hong Kong).<br><br>Both are owned by CITIC PACIFIC, Hong Kong. | CITIC PACIFIC is publicly traded on the Hong Kong Stock Exchange. |
| YIEH CORPORATION LTD. | None | None |
| CHANGSHU NEW CHANGGANG TRADE CO. LTD. | None | None |
| XIGANG SEAMLESS STEEL TUBE CO. LTD. | JIANGSU XIGANG GROUP CO., LTD. | None |

- 3 -

Dated: New York, New York
     September 10, 2009                      Respectfully submitted,

                                          SCHIFF HARDIN LLP

                                          By:   /s/ Carl W. Oberdier
                                                Carl W. Oberdier
                                                Henry L. Mann
                                    900 Third Avenue
                                    New York, NY 10022
                                    (212) 753-5000