AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 09-5447 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plamar Navigation Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/14/2009 | Darin L. Callahan |
| Date | Signature |
| | Darin L. Callahan — DC8243 |
| | Print Name — Bar Number |
| | The GrayBar Building, 420 Lexington Ave., Suite 300 |
| | Address |
| | New York — NY — 10170 |
| | City — State — Zip Code |
| | Phone Number — Fax Number |