# Exhibit 1

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd., Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

July 28, 2009

*Via Express Courier*
Victory Logistics Int'l Co. Ltd.
Rm A, Fl 6 Ace Building
No. 307 Haining Road
Shanghai
China

Re:   **Plamar Navigation Ltd. v. Tianjin Shengjia Shipping Co. Ltd. et. al.**
      Docket Number: 09 Civ. 5447(SHS)
      Our File Number: 1413-08

Dear Sir or Madam:

We represent the Plaintiff, Plamar Navigation Ltd. in the above referenced lawsuit. We write to advise you that pursuant to an Ex Parte order of Maritime Attachment and Garnishment issued in the above referenced lawsuit, your property was attached at HSBC bank, in New York, on or about July 28 2009 in the amount of $14,680

Please find enclosed with this letter the following pleadings/documents: the Summons, Complaint, Affidavit in Support, 7.1 Disclosure Statement, Ex Parte Order, and Process of Maritime Attachment and Garnishment and also the Individual Rules for Honorable Sidney H. Stein.

Should you have any questions or concerns, please contact us at your convenience. The attorney for this matter is Kevin J. Lennon.

This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

Very truly yours,

Mary Fedorchak

mef/bhs
Encl.

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy



Create New Shipment    View Pending Shipments

-------------------------------------------Please fold or cut in half-------------------------------------------

SENDER'S RECEIPT

Airbill#:  1ZE5128W0493586307

To(Company):
Victory Logistics Int'l Co. Ltd
No. 307 Haining Road

Shanghai, 200000
China

Attention To: Sir or Madam

Phone#:  203-256-860

Sent By:  Lennon, Murphy and Lennon

Phone#:  203-256-8600

Rate Estimate: 49.34
Protection:  None Required    Amount: $0
Description: Legal Documents
Weight:  Letter
Dimensions: 0 X 0 X 0
Ship Ref:  1413-08
Service Level: UPS Worldwide Saver
Special Service:
Date Printed:
Bill Shipment To: Sender
Bill To Account: E5128W
Ship Date: 2009-07-28

UPS Signature (optional)_____  Route____ Date____ Time____



For Tracking, please go to www.ups.com or call 1-800-PICK-UPS
Thank you for shipping with UPS Worldwide Express