UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PLAMAR NAVIGATION LTD.,

    Plaintiff,

 - against -

TIANJIN SHENGJIA SHIPPING CO.,
LTD. a/k/a SHENGJZA (HONG KONG)
SHIPPING AND TRADING CO., LTD.,
et al,

    Defendants.
-----------------------------------------------------------X

09 CV 5447 (SHS)
ECF CASE

## NOTICE OF RESTRICTED APPEARANCE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, Xinyu Iron and Steel Corp. Ltd., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, NY
   September 28, 2009

Respectfully,
TISDALE LAW OFFICES

By: _____
Lauren C. Davies (LD1980)
Thomas L. Tisdale (TT 5263)
One Grand Central Place
60 East 42nd Street, Suite 1638
New York, NY 10165
Tel.: 212. 354.0025
Fax: 212.869.0067
ldavies@tisdale-law.com
ttisdale@tisdale-law.com