# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

## APPEARANCE

Case Number: 09-5447 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Changshu New Changgang Trade Co. Ltd., Hengyang Steel Tube Group Int'l Trading Inc., Hubei Xin Yegang Co., Ltd., Jiangyin Xingcheng Special Steel Works Co., Ltd., Fasten Bloc Shanghai Imp. and Exp. Co. Ltd., Fasten Group Imp. and Exp. Co. Ltd., Suzhou Seamless Steel Tube Works, Xigang Seamless Steel Tube Co. Ltd., Wuxi Tian Liang Foreign Trade Co. Ltd., and Yieh Corporation Ltd.

I certify that I am admitted to practice in this court.

9/29/2009
Date

Henry Mann

Digitally signed by Henry Mann
DN: cn=Henry Mann, o=Schiff Hardin LLP, ou, email=hmann@schiffhardin.com, c=US
Date: 2009.09.29 15:59:33 -04'00'

Signature

Henry L. Mann — HM0327
Print Name — Bar Number

900 Third Avenue
Address

New York — NY — 10022
City — State — Zip Code

(212) 753-5000 — (212) 753-5044
Phone Number — Fax Number