```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PLAMAR NAVIGATION LTD.,                :        09 Civ. 5447 (SHS)

              Plaintiff,       :
                               :        ORDER

       -against-                :

TIANJIN SHENGJIA SHIPPING CO., LTD.,   :
ET AL.                                 :

              Defendants.      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record today, the motion of defendants Changshu New Changgang Trade Co Ltd.; Hengyang Steel Tube Group Int'l Trading, Inc.; Hubei Xin Yegang Co., Ltd.; Fasten Bloc Shanghai Imp. and Exp.Co. Ltd.; Fasten Group Imp. and Exp. Co., Ltd.; Suzhou Seamless Steel Tube Works; Wuxi Tian Liang Foreign Trade Co. Ltd.; Xigang Seamless Steel Tube Co. Ltd.; and Yieh Corporation, Ltd. to vacate, as to them, the Order of Maritime attachment previously issued by this Court is granted.

Dated: New York, New York
      October 8, 2009

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.