USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PLAMAR NAVIGATION LTD.,

                    Plaintiff,    09 Civ. 5447 (DAB)
                                  ORDER

-against-

TIANJIN SHENGJIA SHIPPING CO., LTD.,
et al.
                Defendant.

------------------------------------X

DEBORAH A. BATTS, United States District Judge

    The Court is in receipt of Plaintiff's Motion for a Stay of Execution of Order Vacating Maritime Attachment, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, staying execution of the Order of the Honorable Sidney H. Stein, entered October 9, 2009 vacating the <u>ex parte</u> Maritime Attachment Order. However, Plaintiff has provided the Court with no evidentiary basis on which to grant the request since it has not supplied the Court with the transcript of the proceeding in which Judge Stein vacated the Attachment. Indeed, Judge Stein's Order, filed October 9, 2009, stated in its entirety "[f]or the reasons set forth on the record today, the motion of defendants . . . to vacate, as to them, the Order of Maritime attachment previously issued by this Court is granted." (Oct. 8, 2009 Order).

    Additionally, it appears that Plaintiff has posted no bond as required by Rule 62(d).

Accordingly, Plaintiff's request for a stay of execution is DENIED.

SO ORDERED.

Dated: New York, New York
       October 26, 2009

*Deborah A. Batts*
Deborah A. Batts
United States District Judge