USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PLAMAR NAVIGATION LTD., : 09 Civ. 5447 (SHS)
:
Plaintiff, :
: ORDER
:
-against- :
:
TIANJIN SHENGJIA SHIPPING CO., LTD., et al. :
:
Defendants. :
:
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On October 9, 2009, this Court granted the motion of nine defendants to vacate, as to them, the Order of Maritime attachment issued by this Court on July 15, 2009. No other defendant having appeared, no other funds having been attached, and no property of any defendant other than electronic fund transfers ("EFTs") having been identified as likely to be present in the jurisdiction, cf. Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd., --- F.3d ----, 2009 U.S. App. LEXIS 22747, at *36-37 (2d Cir. Oct. 16, 2009), IT IS HEREBY ORDERED that plaintiff Plamar Navigation is show cause on or before November 13, 2009 why the Order of Attachment issued on July 15, 2009 should not be vacated with respect to all defendants and this action dismissed.

Dated: New York, New York
       October 29, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.